**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 31 MAL 2022 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| DALE WAKEFIELD, | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 32 MAL 2022 |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| DALE WAKEFIELD, | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 28th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.